UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Janet Williams, et al, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:22-cv-00701-UNA |
| | ) |
| National Railroad Passenger Corporation, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

# ORDER

The above styled and numbered case was opened on July 1, 2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:22-cv-00040-PLC.

**IT IS FURTHER ORDERED** that cause number 4:22-cv-00701-UNA be administratively closed.

                                                                              GREGORY J. LINHARES
                                                                              CLERK OF COURT

Dated: July 6, 2022                                                       By:  /s/ Michele Crayton
                                                                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:22-cv-00040-PLC.**